FILED NOV 20 '15 PM 9:41 USDCALS

APPENDIX A
COMPLAINT FORMAT

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# _____ DIVISION

(Name of Plaintiff)
**Plaintiff** Devin Ely

vs.                                    Civil Action No. 15-00565-CG-N

(Name of Defendant(s))
**Defendant** Mobile Housing Board
Barbara Mitchell
Kimberly Stokes

jury requested

(Amended) **COMPLAINT**
(Double space text of complaint)

1.
(Grounds for jurisdiction) Mobile County, Alabama

2. Devin Ely
(Show plaintiff's name(s) and residence or address) 1812 Ogburn Ave
Mobile, Al 36605

3.
(Show defendant(s) name(s) and address(es))
Mobile Housing Board          1517 Plaza Dr,
Barbara Mitchell              Mobile, Al 36605
Kimberly Stokes

**APPENDIX A (Cont'd)**
**COMPLAINT FORMAT**

4.

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.) Housing Accomodations, Amer. w/ Disabilities, Housing Discrimination, other Civil Rights.

(Give a brief, concise statement of the specific facts involved in your case)
Denied several request for reasonable accomodations Timely Manner Violations, HUD violations, emotional & physical Stress and mental anguish

(State the relief you are requesting.)
Punitive and Compensatory Damages
Quality of life.

_____
(Signature and date), pro se

1812 Ogburn Ave Mobile, Al
(Address)

251.382.5452
(Phone Number)

My mother Donavette Ely requested reasonable accommodation for several years. since 2008-2009. Each time she was denied. I suffered as a result. I had trouble breathing and died [stop breathing] in my sleep due to sleep apnea. When the Housing Board finally attempted to grant my mother's request it was under funded and not done in a timely manner. As a result I became homeless. The house we were in met the doctor's orders and nothing was done to make my reasobale accomodations successfull after suffering for years. Currently Homeless.....

Davi Ely 11/03/15